IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID VERDERAME, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:13-2539 |
| | : | |
| RADIOSHACK CORPORATION, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of July, 2014, upon consideration of Plaintiff's Motion for Partial Summary Judgment (doc. no. 21), Defendant's Motion for Judgment on the Pleadings (doc. no. 22), Defendant's "Motion to Strike and Objections to Evidence" (doc. no. 25), all the oppositions filed in response to those motions, and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that:

− Plaintiff's Motion for Partial Summary Judgment is **GRANTED**.

− Defendant's Motion for Judgment on the Pleadings is **DENIED**.

− Because the Court did not consider any of the objected-to documents or statements in making its decision, Defendant's Motion to Strike is **DENIED AS MOOT**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**