IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DAVID VERDERAME | : | 2:13-cv-02539-MSG-DS |
| | : | |
| v. | : | |
| | : | |
| RADIOSHACK CORPORATION | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF THE CLASS ACTION SETTLEMENT**

Plaintiff David Verderame ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 23(e), moves for preliminary approval of the accompanying "Class Action Settlement Agreement" and approval of the class action notice plan and protocols described therein. Such relief is warranted for the reasons described in the accompanying brief.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and complete and enter the accompanying proposed order.

Date: December 16, 2014                    Respectfully submitted,

/s/ Peter Winebrake
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Paul J. Lukas (admitted *pro hac vice*)
Timothy Selander (admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 256-3200

Class Counsel

1