IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID VERDERAME, | : | 2:13-cv-02539-MSG-DS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| RADIOSHACK CORPORATION, | : | |
| Defendant. | : | |

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

AND NOW, this 29th day of December, 2014, upon consideration of Plaintiff's "Unopposed Motion for Preliminary Approval of the Class Action Settlement" ("Motion") (Doc. 42) and all accompanying papers, including the "Class Action Settlement Agreement" ("Agreement") (Doc. 42-1) and the legal brief filed by Class Counsel (Doc. 43), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, and the settlement of this class action is **PRELIMINARILY APPROVED** for the Class, as certified by the Court on November 24, 2014. See Doc. 40 at ¶ 1.

2. The "Class Action Settlement Notice" ("Notice") attached to the Agreement as Exhibit A and the notice protocols described in Paragraph 6 of the Agreement are approved pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), and the Parties are directed to strictly follow the agreed-upon protocols.

3. Class Members who wish to object to the settlement must follow the procedures described in Section 10 of the Notice, and Class Members who wish to exclude themselves from the settlement must follow the procedures described in Section 8 of the Notice.

4. Pursuant to Federal Rule of Civil Procedure 23(e), a hearing addressing final approval of the settlement, which will include an assessment of the Class Counsel's requested attorney's fees and expenses, will be held at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106 in Courtroom 4B at 2:00 pm on February 24, 2015 before J. Mitchell S. Goldberg.

5.  At least seven days prior to the final approval hearing, Class Counsel must file all papers in support of final approval of the settlement and the requested attorney's fees/expenses.

**SO ORDERED:**

_____
Mitchell S. Goldberg, J.