### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID VERDERAME, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 13-2539 |
| | : | |
| RADIOSHACK CORPORATION, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of February, 2015, it is hereby **ORDERED** that the hearing addressing final approval of the class action settlement scheduled for February 24, 2015 is **CANCELLED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**Mitchell S. Goldberg, J.**